# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE W. JONES, et al.,<br><br>Defendants. | CV-F-07-534 AWI GSA<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AND SEND NOTICE OF NEW CASE NUMBER |

On April 6, 2007, Plaintiff, Gregory McClellan, filed the present action. Upon receipt of the complaint and its accompanying documents, the Clerk of the Court incorrectly designated the action as one involving the conditions of confinement. On May 18, 2007, the Court issued an order directing the Clerk of the Court to change the designation of the case to reflect that it is a regular civil action. Upon further review of the Court, it has been determined that the present action is not a regular civil action, but a habeas corpus action. Therefore, the Clerk of the Court is DIRECTED to:

1. Change the designation of the present case to reflect that of a habeas corpus action.
2. Send a notice of the new case number to all the parties in this action.

IT IS SO ORDERED.

**Dated: November 15, 2007**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2