# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY McCLELLAN, | ) | 1:07-CV-00534 AWI GSA P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION |
| v. | ) | |
| KYLE W. JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Gregory McClellan ("Plaintiff"), proceeding pro se, filed the instant action on April 6, 2007. The action was designated as a prisoner civil rights action. On May 21, 2007, Magistrate Judge Dennis L. Beck determined that the Clerk of Court had incorrectly designated the action as prison civil rights, and he re-designated it as a regular civil rights action. On November 15, 2007, Magistrate Judge Gary S. Austin concluded the action is not a regular civil rights action and re-designated it as a habeas corpus action, because of allegations in the complaint concerning Petitioner's parole conditions and revocation.

On November 28, 2007, Magistrate Judge Gary S. Austin issued a Findings and Recommendation that recommended the petition be dismissed without prejudice for failure to exhaust state remedies. On January 18, 2008, the undersigned reviewed the Findings and Recommendation in light of Petitioner's objections and concluded that Petitioner desired to proceed with a civil rights action, not a habeas action. Therefore, the undersigned granted Petitioner leave to amend the complaint and instructed Petitioner that he was to state only the

1 | specific causes of action at issue and only those facts supporting his specific claims. On February
2 | 19, 2008, Petitioner filed an amended civil rights complaint.

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of Court is DIRECTED to re-designate this action as a prison civil rights action and the action will proceed as such; and
2. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   February 29, 2008**                          **/s/ Anthony W. Ishii**
                                                        UNITED STATES DISTRICT JUDGE